1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                          **CENTRAL DISTRICT OF CALIFORNIA**

10

11  MICHAEL THOMAS CRAWFORD,          ) NO. EDCV 11-1048-DMG (MAN)
                                       )
12                  Petitioner,        )
                                       )
13       v.                            ) JUDGMENT
                                       )
14  C. GIPSON, WARDEN,                 )
                                       )
15                  Respondent.        )
    _____)

16

17

18       Pursuant   to   the   Court's   Order   Accepting   Findings   and

19  Recommendations of United States Magistrate Judge,

20

21       IT IS ADJUDGED that this action is dismissed with prejudice.

22

23  DATED:  April 30, 2012

24

25                                        _____
                                          DOLLY M. GEE
26                                        UNITED STATES DISTRICT JUDGE

27

28